WOGLAM and another *against* BURNES and ADAMS.

*Thursday, September 13th.*

THE matters in variance in this cause between the parties were referred under a rule of court; and at the last term the referees reported that there was due from *Burnes* to the plaintiffs 11*l.* and from *Burnes* and *Adams* to the plaintiffs 31*l.* 5*s.* 7*d.*

Part of a report of referees may be confirmed, and the residue set aside. But the court cannot strike out a part.

*Ross* for the plaintiffs moved to set the report aside, as from the face of it the referees had decided matters not submitted to them, finding a sum due to the plaintiffs from one of the defendants.

*Frazer* for the defendants replied that the part of the award objected to was surplusage; that there was a perfect finding between the parties in this suit, and that the court might strike out the objectionable part.

SHIPPEN C. J. The court cannot strike out part of an award, but they can confirm a part and set aside the residue, which in this case will have the same effect. That part of the report which relates to *Burnes* alone must therefore be set aside, and judgment be entered for the joint debt.

Judgment accordingly.